UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MARTIN PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>P. PHINNEY,<br><br>        Defendant. | No. CV 08-2907-DOC(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: *August 14, 2008*

                                                */s/ David O. Carter*
                                                DAVID O. CARTER
                                                United States District Judge